FILED
OCT 19 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 3:22cr103 |
| v. ) | |
| ) | JUDGES Crytzer/Poplin |
| SUNSHINE ANN MILLER ) | |

### INDICTMENT

SEALED

The Grand Jury charges as follows:

### COUNT ONE

That on or about August 4, 2019, in the Eastern District of Tennessee, the defendant Sunshine Ann Miller, did knowingly forge and caused to be forged the signature of the late Pamela L. Reeves, a United States District Court Judge in and for the United States District Court for the Eastern District of Tennessee, for the purpose of fraudulently authenticating a counterfeit document, to wit, a Warrant to Seize Property Subject to Forfeiture, purportedly issued July 6, 2019.

In violation of Title 18, United States Code, Sections 505 and 2.

### COUNT TWO

That on or about August 4, 2019, in the Eastern District of Tennessee, the defendant Sunshine Ann Miller, did knowingly forge and cause to be forged the signature of the late Pamela L. Reeves, a United States District Court Judge in and for the United States District Court for the Eastern District of Tennessee, for the purpose of fraudulently authenticating a

counterfeit document, to wit, a Tracking Warrant, purportedly issued February 10, 2017.

In violation of Title 18, United States Code, Sections 505 and 2.

A TRUE BILL:

███████████████████████

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Frank M. Dale, Jr.
Assistant United States Attorney