UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:22-CR-103 |
| ) | JUDGES CRYTZER/POPLIN |
| SUNSHINE ANN MILLER ) | |

## ORDER TO UNSEAL INDICTMENT

Upon motion of the United States and for good cause shown, the Court hereby orders that the Indictment as to the above-referenced defendant be unsealed.

ENTER:

*Jill E. McCook*
UNITED STATES MAGISTRATE JUDGE